# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DONTRELL SCOTT | CASE NUMBER: 4:20CR-001 -CDL |

## ORDER ON MOTION FOR CONTINUANCE

Defendant, Dontrell Scott, has moved the Court to continue the pretrial conference in this case, presently scheduled for Tuesday, February 11, 2020. The Government does not oppose this motion. Defendant was arraigned on January 29th, 2020 and is in custody. The Court finds that the Defendant's counsel requires time to investigate and evaluate Defendant's mental health history, and that his mental heath issues outweigh the interest of the Defendant and the public in a speedy trial. Failure to grant a continuance could result in a miscarriage of justice. Accordingly, Defendant's Motion for Continuance [ECF no. 19] is **GRANTED**, and it is hereby ordered that this case shall be continued until the Court's September 2020 trial term. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

It is SO ORDERED, this 6th day of February, 2020.

s/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT JUDGE
MIDDLE DISTRICT OF GEORGIA